UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANET HARTUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON STATIONS INC., a Delaware profit corporation; CHEVRON U.S.A. INC., a Pennsylvania profit corporation,<br><br>Defendants. | CASE NO. 2:26-cv-03190-JNW<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

After reviewing the parties' joint status report, Dkt. No. 12, the Court sets the following deadlines:

| **EVENT** | **DATE** |
|---|---|
| Deadline for joining additional parties | January 4, 2027 |
| Completion of discovery relevant to class certification (discovery will not be bifurcated to address issues of waiver and arbitration issues) | August 19, 2027 |

| EVENT | DATE |
|---|---|
| Deadline to file Motion for class certification | November 17, 2027 |
| Deadline to file Opposition to motion for class certification | December 22, 2027 |
| Deadline to file Reply to motion for class certification | January 5, 2028 |
| Hearing on class certification | To be announced |

The Court will set further case scheduling deadlines after ruling on the motion for class certification. If the Court denies the class certification motion, any party may request an expedited trial date. These are firm dates that can be changed only by order of the Court, not by agreement of the parties. The Court will alter these dates only upon good cause shown.

If this case settles, counsel must notify Grant Cogswell, Courtroom Deputy, as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give the courtroom deputy prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 17th day of November 2026.

Joshua C. Lewis
Clerk
*/s/ Kathleen Albert*
Deputy Clerk